# JS-6

# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH KRIEGER, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>  v.<br><br>VCA, INC., ROBERT L. ANTIN, JOHN M. BAUMER, JOHN B. CHICKERING JR., JOHN HEIL, and FRANK REDDICK,<br><br>             Defendants. | Case No. 2:17-cv-01790-JGB-SP<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING STIPULATION CONCERNING PLAINTIFF'S VOLUNTARY DISMISSAL OF THE ABOVE ACTION AND PLAINTIFF'S COUNSEL'S ANTICIPATED APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES**<br><br>Judge: Jesus G. Bernal |

Having considered the stipulation concerning Plaintiff Josh Krieger's ("Plaintiff") voluntary dismissal submitted by Plaintiff and Defendants VCA, Inc. ("VCA"), Robert L. Antin, John M. Baumer, John B. Chickering Jr., John Heil, and Frank Reddick (collectively, the "VCA Defendants"), by and through their respective counsel of record, and for good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is GRANTED.

2. Pursuant to Fed. R. Civ. P. 41(a)(1), the above-captioned action is dismissed with prejudice as to named Plaintiff Josh Krieger only and has no effect upon the absent members of the putative class.

3. This Court retains jurisdiction over this Action and over the Parties solely for purposes of adjudicating any claim by Plaintiff's counsel for an award of attorneys' fees and expenses.

4. If the Parties are unable to resolve Plaintiff's counsel's claim for attorneys' fees and expenses, Plaintiff shall file any petition and supporting papers seeking such relief by no later than June 16, 2017.

5. This Order shall not waive or prejudice any right or argument that may be asserted or presented by Plaintiff or the VCA Defendants in support of or in opposition to any claim by Plaintiff for attorneys' fees and expenses.

**IT IS SO ORDERED.**

Dated: May 11, 2017

Honorable Jesus G. Bernal
United States District Judge

- 2 -
ORDER GRANTING STIPULATION CONCERNING PLAINTIFF'S
VOLUNTARY DISMISSAL
Case No. 2:17-cv-01790-JGB-SP