Barbara A. Rohr, SBN 273353
Benjamin Heikali, SBN 307466
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
Email: brohr@faruqilaw.com
       bheikali@faruqilaw.com

**[Additional counsel on signature page]**

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH KRIEGER, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>VCA, INC., ROBERT L. ANTIN, JOHN M. BAUMER, JOHN B. CHICKERING JR., JOHN HEIL, and FRANK REDDICK,<br><br>    Defendants. | **CLASS ACTION**<br><br>Civil Action No.: 2:17-cv-01790-JGB-SP<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES**<br><br>Date:    July 24, 2017<br>Time:    9:00 A.M.<br>Courtroom: 1<br>Judge:   Hon. Jesus G. Bernal |

---

PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND
EXPENSES  No. 2:17-cv-01790-JGB-SP

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on July 24, 2017 at 9:00 am, in Courtroom 1 of the above-entitled court, located at 3470 Twelfth Street, Riverside, California 92501-3801, plaintiffs Josh Krieger, Frances Moran, and Karen Hight will move for an order granting an award of attorneys' fees and expenses.  The grounds for this Motion are set forth in the accompanying Memorandum of Points and Authorities and the Declaration of Barbara A. Rohr including the exhibits attached thereto.

Dated: June 16, 2017                    Respectfully submitted,

**FARUQI & FARUQI, LLP**
/s/ *Barbara A. Rohr*
Barbara A. Rohr SBN 273353
Benjamin Heikali SBN 307466
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Email:  brohr@faruqilaw.com
              bheikali@faruqilaw.com

*Attorneys for Plaintiff Josh Krieger*

OF COUNSEL
**FARUQI & FARUQI, LLP**
James M. Wilson, Jr.
685 Third Ave., 26th Fl.
New York, NY 10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331
Email: jwilson@faruqilaw.com

**MONTEVERDE & ASSOCIATES PC**
David E. Bower
600 Corporate Pointe, Suite 1170
Culver City, CA  90230

PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES  No. 2:17-cv-01790-JGB-SP

Telephone: (213) 446-6652
Email: dbower@monteverdelaw.com

*Attorney for Plaintiff Josh Krieger*

**LEVI & KORSINSKY LLP**
Rosemary M. Rivas (SBN 209147)
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 291-2420
Facsimile: (415) 484-1294
rrivas@zlk.com

*Attorney for Plaintiff Frances Moran*

**WEISSLAW LLP**
Joel E. Elkins (SBN 256020)
9107 Wilshire Blvd., Suite 450
Beverly Hills, CA 90210
Tel.: (310) 208-2800

**RIGRODSKY & LONG, P.A.**
Seth D. Rigrodsky
Gina M. Serra
2 Righter Parkway, Suite 120
Wilmington, DE 19803
Tel.: (302) 295-5310

*Attorneys for Plaintiff Karen Hight*

2

PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES  No. 2:17-cv-01790-JGB-SP

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have e-mailed the foregoing document to the non-CM/ECF participants indicated on the Manual Notice List.

Dated: June 16, 2017                    */s/ Barbara A. Rohr*
                                        Barbara A. Rohr