Barbara A. Rohr, SBN 273353
**FARUQI & FARUQI LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
Email: brohr@faruqilaw.com

[Additional counsel on signature page]

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSH KRIEGER, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VCA, INC., ROBERT L. ANTIN, JOHN M. BAUMER, JOHN B. CHICKERING JR., JOHN HEIL, and FRANK REDDICK,<br><br>Defendants. | **CLASS ACTION**<br><br>Case No. 2:17-cv-01790-JGB-SP<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES**<br><br>Hearing Dt.:  July 24, 2017<br>Time:           9:00 A.M.<br>Crtrm.:          1<br>Judge:          Hon. Jesus G. Bernal |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Civil Local Rule 7-16, plaintiff Josh Krieger ("Plaintiff") hereby withdraws the Motion for Attorneys' Fees and Expenses and Memorandum of Points and Authorities in Support (collectively the "Motion"), that was filed on June 16, 2017 and is scheduled to be heard in this Court on July 24, 2017 at 9:00 a.m. (Dkt. No. 22).

WHEREAS, on June 16, 2017, plaintiff Karen Hight ("Hight") filed with this Court a joinder in the Motion in *Hight v. VCA Inc., et al.*, No. 5:17-cv-00289 (filed February 15, 2017) ("*Hight* Action");

1
NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR AN AWARD OF
ATTORNEYS' FEES AND EXPENSES

WHEREAS, the parties to this Action, the *Hight* Action and as well as *Moran v. VCA Inc., et al.*, No. 2:17-cv-01502 (filed February 23, 2017) ("*Moran* Action"), have reached a collective agreement in principle to resolve the Motion; and

WHEREAS, the parties are in the process of promptly documenting their agreement;

NOW, THEREFORE, Plaintiff hereby withdraws the Motion and respectfully requests that the hearing on the Motion be vacated. Plaintiff will alert the Court promptly upon completion of negotiation of the agreement resolving the Motion.

Dated: June 30, 2017

**FARUQI & FARUQI, LLP**

By: */s/ Barbara A. Rohr*

Barbara A. Rohr, SBN 273353
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Tel.: (424) 256-2884
Fax: (424) 256-2885
Email: brohr@faruqilaw.com

*Attorney for Plaintiff Josh Krieger*

**OF COUNSEL:**

**FARUQI & FARUQI, LLP**
James Wilson, Jr.
685 Third Avenue, 26th Fl.
New York, NY 10017
Tel.: (212) 983-9330

**MONTEVERDE & ASSOCIATES PC**
David E. Bower
600 Corporate Pointe, Suite 1170
Culver City, CA 90230
Tel: (213) 446-6652

*Attorneys for Plaintiff Josh Krieger*

NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT ON June 30, 2017, I authorized the electronic filing of the foregoing Plaintiff's Notice of Withdrawal of Plaintiffs' Motion for an Award of Attorneys' Fees and Expenses through the CM/ECF system. The CM/ECF system will provide service via a Notice of Electronic Filing (NEF) to the parties registered in this case.

Dated: June 30, 2017

By: /s/ *Barbara A. Rohr*
Barbara A. Rohr