1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH KRIEGER, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VCA, INC., ROBERT L. ANTIN, JOHN M. BAUMER, JOHN B. CHICKERING JR., JOHN HEIL, and FRANK REDDICK,<br><br>Defendants. | Case No. 2:17-cv-01790-JGB-SP<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING STIPULATION CLOSING CASE FOR ALL PURPOSES**<br><br>Judge: Jesus G. Bernal |

- 1 -
ORDER GRANTING STIPULATION CLOSING CASE FOR ALL
PURPOSES; Case No. 2:17-cv-01790-JGB-SP

Having considered the stipulation concerning the closing of the above-captioned case for all purposes submitted by Plaintiff Josh Krieger and Defendants VCA, Inc., Robert L. Antin, John M. Baumer, John B. Chickering Jr., John Heil, And Frank Reddick, by and through their respective counsel of record, and for good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. This matter is fully resolved and closed for all purposes;
2. The Court no longer retains jurisdiction over this matter.

**IT IS SO ORDERED.**

Dated: July 31, 2017

Honorable Jesus G. Bernal
United States District Judge